# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Raynard D. Coleman,

        Plaintiff,      Case No. 21-cv-13061

v.                             Judith E. Levy
                               United States District Judge

Corizon, *et al.*,

                               Mag. Judge Anthony P. Patti

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [28]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 28) recommending the Court deny without prejudice Plaintiff Raynard D. Coleman's motion for preliminary injunction.[1] (ECF No. 3.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

---

[1] Plaintiff's motion for preliminary injunction is dated September 14, 2021 (*see* ECF No. 3, PageID.249), but it was not docketed until December 29, 2021.

The Report and Recommendation (ECF No. 28) is ADOPTED; and

Plaintiff's motion for preliminary injunction (ECF No. 3) is DENIED WITHOUT PREJUDICE.[2]

IT IS SO ORDERED.

Dated: May 12, 2022           s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                       United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 12, 2022.

                                                           s/William Barkholz
                                                           WILLIAM BARKHOLZ
                                                           Case Manager

---

[2] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).