UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYNARD DESHAWN COLEMAN
(#243482),

       Plaintiff,

v.

CORIZON, *et al.*,

       Defendants.
_____/

Case No. 4:21-cv-13061
District Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

### ORDER: (1) SETTING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT JOHNSON'S MOTION FOR SUMMARY JUDGMENT (ECF No. 71); (2) DIRECTING PLAINTIFF TO UPDATE HIS CONTACT INFORMATION; and, (3) DIRECTING THE CLERK OF THE COURT TO SERVE PLAINTIFF WITH THIS ORDER AT BOTH MRF AND LRF

Plaintiff's response to Defendant Johnson's May 23, 2024 motion for summary judgment (ECF No. 71) is due on or before **Friday, September 13, 2024**.

Additionally, it appears Plaintiff's address of record is incorrect, because: (a) Plaintiff's most recent filing was in June 2022, at which time his address was Macomb Correctional Facility (MRF) (*see* ECF No. 42); (b) there have since been three instances of mail being returned as undeliverable (*see* ECF Nos. 56 & 57, 62 & 67, 68 & 70); (c) Plaintiff's address of record is still listed as MRF; but, (d) the MDOC's Offender Tracking Information System (OTIS) indicates Plaintiff is

1

currently located at Earnest C. Brooks Correctional Facility (LRF) (*see* www.michigan.gov/corrections, "Offender Search.") (last visited Aug. 1, 2024). As Plaintiff was notified earlier in this case, it is his responsibility to notify the Court of any change in address. (ECF No. 8.) Accordingly, Plaintiff is **DIRECTED** to update his contact information; he otherwise runs the risk of "appropriate sanctions, which may include dismissal, default judgment, and costs." E.D. Mich. LR 11.2 ("Failure to Provide Notification of Change of Address").

Finally, as a one-time courtesy to Plaintiff, the Clerk of the Court is **DIRECTED** to serve Plaintiff with a copy of this order at both MRF and LRF (2500 S Sheridan Dr, Muskegon Heights, MI 49444). <u>Any future filings by this Court will only be served upon Plaintiff at his address of record</u>.

IT IS SO ORDERED.[1]

Dated: August 1, 2024

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

2