UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAYNARD D. COLEMAN, | Case No. 21-13061 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CORIZON, *et al.*, | Anthony P. Patti |
| Defendants. | United States Magistrate Judge |
| _____ / | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
MAGISTRATE JUDGE'S DECEMBER 12, 2024
REPORT AND RECOMMENDATION (ECF No. 76)**

Currently before the court is Magistrate Judge Anthony P. Patti's December 12, 2024 Report and Recommendation. (ECF No. 76). Magistrate Judge Patti recommends dismissing this matter pursuant to Federal Rule of Civil Procedure 41(b) and deeming the pending dispositive motion moot. *Id.* The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

1

Accordingly, the court now **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES** this matter pursuant to Rule 41(b), and **DEEMS** the pending dispositive motion **MOOT**.  In accordance with the Magistrate Judge's recommendation, the dismissal as to Corizon is **WITHOUT PREJUDICE** to Plaintiff's rights to pursue whatever remedies may be available in Bankruptcy Court, but is **WITH PREJUDICE** as to the remaining Defendants.  This is a final order and closes the case.

    **SO ORDERED**.

Date: January 15, 2025                            s/F. Kay Behm
                                                      F. Kay Behm
                                                      United States District Judge